# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

A.R.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2518

_____

April 17, 2026

Appeal from the Circuit Court for Pasco County; Linda H. Babb, Judge.

J. Andrew Crawford of J. Andrew Crawford, P.A., St. Petersburg, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.